IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN WING, JR., et al., | : |
| Plaintiffs, | : |
| v. | : Civ. No. 21-814-RGA |
| DIONNE R. PYLE, et al., | : |
| Defendants. | : |

## MEMORANDUM ORDER

At Wilmington, this 17th day of December, 2021, having considered Plaintiff's motion for reconsideration (D.I. 18);

1. On November 1, 2021, the Court dismissed this action without prejudice for Plaintiffs' failure to serve process pursuant to Fed. R. Civ. P. 4(m). (D.I. 15) Plaintiff Benjamin Wing ("Wing") moves for reconsideration on the grounds that the "Judge erred." (D.I. 13)

2. The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." *Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999). "A proper Rule 59(e) motion . . . must rely on one of three grounds: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice." *Lazaridis v. Wehmer*, 591 F.3d 666, 669 (3d Cir. 2010) (citing *N. River Ins. Co. v. CIGNA Reinsurance Co.*, 52 F.3d 1194, 1218 (3d Cir. 1995).

1

4.      The Court has reviewed the order that dismissed this matter for failure to serve Defendants.   There is no error, and Wing has provided no grounds that warrant reconsideration.

IT IS HEREBY ORDERED that:

The motion for reconsideration (D.I. 18) is DENIED.

_____
UNITED STATES DISTRICT JUDGE